THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULENE J. HOLLAND ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 C 4905 |
| ) | |
| ABBOTT LABORATORIES, ) | |
| ) | Judge Gottschall |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

This case is dismissed, with prejudice, each party shall bear its own attorney's fees and costs.

Dated: June 27, 2006

ENTER:

JOAN B. GOTTSCHALL
United States District Court Judge

AGREED TO:

Attorney for Plaintiff:

BRIAN R. HOLMAN

AGREED TO:

Attorney for Defendant:

HUBERT O. THOMPSON